IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| TRAVIS JOHNSON,<br><br>               Plaintiff,<br><br>v.<br><br>STATE OF UTAH,<br><br>               Defendant. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br>Case No. 2:25-CV-429-TS<br><br>District Judge Ted Stewart |

      Plaintiff, Travis Johnson, has filed with the Court a prisoner *pro se* civil-rights complaint under 42 U.S.C.S. § 1983 (2025). (ECF No. 1.)

      The Complaint names as sole defendant, State of Utah. (ECF No. 1.) To summarize, Plaintiff alleges Defendant violates the Establishment Clause by having "set up a form of Government and established its principals [sic] in tandem to a sacrilegious image as its great seal." (*Id.*) He further asserts that Defendant "foster[s a] church of which the devil is the founder," while simultaneously proscrib[ing] . . . the church of the Lamb of God." (*Id.*) As remedies, he seeks injunctive relief of the setting aside of "the 3 criminal cases he is being held on," to have his name changed to "Jesus Christ," and "to have the records held by the Church of Babylon be expunged and sealed." (*Id.*) The Court has screened Plaintiff's Complaint and now dismisses it as frivolous. See 28 U.S.C.S. §§ 1915(e)(2)(B) & 1915A (2025).

      Section 1915 grants this Court the power to "'pierce the veil of the complaint's factual allegations.'" *Denton v. Hernandez*, 504 U.S. 25, 32 (1992) (quoting *Neitzke v. Williams*, 490 U.S. 319, 327 (1989)). Although Plaintiff's allegations must be viewed in his favor, "a court may

dismiss a claim as factually frivolous . . . if the facts alleged are 'clearly baseless,' a category encompassing allegations that are 'fanciful,' 'fantastic,' and 'delusional.'" *Id.* at 32-33 (citations omitted). Accordingly, a determination of factual frivolousness is proper "when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." *Id.* at 33.

Plaintiff's assertions here fit these definitions of factual frivolousness. The fantastic allegations in Plaintiff's complaint are patently unbelievable and irrational. For instance, in addition to those allegations found in the second paragraph of this Order, Plaintiff states that he "demonstrates his divinity as a rightful heir to the throne of David and confesses the divine right in that heirship to rule and reign," explaining, "to do this he utilizes parables, symbologies, and uses many celestial signs." (ECF No. 1.) This delusional assertion, together with the other wholly incredible statements in his Complaint--all presumably used to support Plaintiff's Establishment Clause claim--renders that claim factually frivolous. *See* 28 U.S.C.S. § 1915(e)(2)(B)(i) (2025).

**IT IS HEREBY ORDERED** that Plaintiff's § 1983 action is **DISMISSED** because his claims are frivolous. *See* 28 U.S.C.S. §§ 1915(e)(2)(B) & 1915A (2025). This case is **CLOSED**.

DATED this 14th day of January, 2026.

BY THE COURT:

TED STEWART
United States District Judge